JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER,<br><br>             Petitioner,<br>   v.<br><br>SANDRA PENNYWELL, Warden,<br><br>             Respondent. | Case No. EDCV 12-1847-R (OP)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Oct. 30, 2013

                          HONORABLE MANUEL L. REAL
                          United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge